United States Bankruptcy Court

District of New Hampshire

In re: Case No. 21-10143-BAH

Entertainment Cinemas Lebanon, LLC    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 15, 2021 | Form ID: 811 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Entertainment Cinemas Lebanon, LLC, 7 Central Street, South Easton, MA 02375-1040 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James S. LaMontagne | jlamontagne@sheehan.com  ntoli@sheehan.com |
| Kimberly Bacher | on behalf of U.S. Trustee Office of the U.S. Trustee kimberly.bacher@usdoj.gov |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |
| William S. Gannon | on behalf of Debtor Entertainment Cinemas Lebanon  LLC bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

| | |
|---|---|
| In re: | Bk. No. 21−10143−BAH |
| Entertainment Cinemas Lebanon, LLC<br>    Debtor | Chapter 11 |

## DEFICIENCY NOTICE

To the debtor and the debtor's attorney, if any:

In order for this case to be administered, it is necessary that the item(s) listed below be filed by the due date listed.

03/26/2021 Aty Disclosure Stmt.
03/26/2021 Declaration re DB Sched
03/26/2021 Eq. Sec. Hold. List
03/26/2021 Incomplete Filings Due
03/26/2021 Schedule A/B
03/26/2021 Schedule D
03/26/2021 Schedule E/F
03/26/2021 Schedule G
03/26/2021 Schedule H
03/26/2021 Stmt. of Fin. Affairs
03/26/2021 Summary of Schedules
03/26/2021 Ver. Stmt re List of Creditors

If the debtor fails to file all documents required to be filed under 11 U.S.C. § 521(a)(1), as applicable, i.e., the list of creditors, Schedules A/B through J, the Statement of Financial Affairs, the Notice to Individual Consumer Debtor under § 342(b), and Form B122, or any of the other documents listed that are required by Local Bankruptcy Rule 1007−1 **by the deadline listed above**, a Clerk's Notice of Dismissal (Contingent) shall be issued.

Date: March 15, 2021

Bonnie L. McAlary
Clerk of Court
By: /s/ Thomas Hilton
Deputy Clerk

Form defntcbus−811