United States Bankruptcy Court

District of New Hampshire

In re:                                                       Case No. 21-10143-BAH

Entertainment Cinemas Lebanon, LLC                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1                          User: admin                                        Page 1 of 2

Date Rcvd: Mar 15, 2021                  Form ID: pdf819                            Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Entertainment Cinemas Lebanon, LLC, 7 Central Street, South Easton, MA 02375-1040 |
| 3121021 | + | Bay Colony Development Corp, 230 3rd Avenue, 1st Floor, Waltham, MA 02451-7552 |
| 3121024 | + | Lebanon Police Dept, 36 Poverty Lane, Lebanon, NH 03766-2744 |
| 3121025 | + | Lemos Act Alarm Technology, 251 Mountainview Avenue, Nyack, NY 10960-1700 |
| 3121026 | + | Lending Club Bank, National Association, 1 Harbor Street, Suite 201, Boston, MA 02210-2445 |
| 3121027 | | Liberty Mutual Insurance, P.O. Box 1449, New York, NY 10116-1449 |
| 3121028 | | Liberty Utility, P.O. Box 1380, Londonderry, NH 03053-1380 |
| 3121029 | + | Miracle Mile Realty, LLC, 23 Concord Street, Wilmington, MA 01887-2131 |
| 3121030 | + | Northern Bank Trust Co., SBA Lending, 275 Mishawum Road, Woburn, MA 01801-8804 |
| 3121031 | + | The Richmond Companies, 23 Concord Street, Wilmington, MA 01887-2131 |
| 3121032 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 3121022 | | Email/Text: documentfiling@lciinc.com | Mar 15 2021 17:43:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 3121038 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2021 17:43:00 | IRS, Special Procedures, 80 Daniel St., PO Box 9502, Portsmouth, NH 03802 |
| 3121023 | + | Email/Text: IECreditRecoverTeam@irvingoil.com | Mar 15 2021 17:43:00 | Irving Energy, P.O. Box 11013, Lewiston, ME 04243-9464 |
| 3121037 | | Email/Text: midge.mudge@dol.nh.gov | Mar 15 2021 17:43:00 | Wage and Hour Administrator, NH Department of Labor, PO Box 2076, Concord, NH 03302-2076 |
| 3121039 | | Email/Text: levined@sec.gov | Mar 15 2021 17:43:00 | U.S. Securities and Exchange Comm, Boston Regional Office, 33 Arch Street, 23rd Floor, Boston, MA 02110 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 15, 2021 | Form ID: pdf819 | Total Noticed: 16 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James S. LaMontagne | jlamontagne@sheehan.com  ntoli@sheehan.com |
| Kimberly Bacher | on behalf of U.S. Trustee Office of the U.S. Trustee kimberly.bacher@usdoj.gov |
| Office of the U.S. Trustee | USTPRegion01.MR.ECF@usdoj.gov |
| William S. Gannon | on behalf of Debtor Entertainment Cinemas Lebanon  LLC bgannon@gannonlawfirm.com, jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                                                      Bk. No. 21-10143-BAH
                                                                                            Chapter 11
Entertainment Cinemas Lebanon, LLC,
        Debtor

## ORDER SETTING STATUS CONFERENCE AND DEADLINES

In accordance with subchapter V of chapter 11 of title 11 of the United States Code, the Court hereby orders as follows:

1. The Court will hold a status conference on May 5, 2021 at 11:00 a.m. in Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire. The Debtor and Debtor's counsel shall appear.

2. On or before April 2l, 2021 the Debtor shall file the report required by 11 U.S.C. § 1188(c) and shall serve this report on the case or standing trustee, the United States Trustee, and all parties in interest.

3. If the Debtor has not filed the following documents with the petition as required, then Debtor shall file the following documents on or before March 19, 2021:

    a. Debtor's most recent balance sheet;
    b. Debtor's statement of operations;
    c. Debtor's cash-flow statement; and
    d. Debtor's most recent federal income tax return.

If the Debtor has not prepared or filed one or more of the above-referenced documents, then in lieu of such documents, the Debtor shall file and serve on or before March 19, 2021 a declaration attesting to that fact under penalty of perjury. 11 U.S.C. §§ 1116(1)(A), 1116(1)(B), and 1187(a).

4. On or before March 26, 2021, the Debtor shall serve notice of the commencement of this case to any entity known to be holding money or property subject to withdrawal or order of the Debtor. Interim Bankruptcy Rule 2015(a)(4) and (b).

5. Notwithstanding Local Bankruptcy Rule 3001-1(a), and except as provided in Federal Rule of Bankruptcy Procedure 3003(c), creditors other than governmental units shall file proof of their claim or interest on or before May 21, 2021. 11 U.S.C. § 502(b)(9) and Federal Rule of Bankruptcy Procedure 3003(c)(3) shall govern the timing of the filing of proof of claims by governmental units.

6. On or before June 10, 2021, the Debtor shall file and serve a plan. 11 U.S.C. § 1189(b). Such plan shall conform with the requirements of 11 U.S.C. §§ 1190 and 1191 and the applicable provisions of 11 U.S.C. §§ 1123 and 1129 and be in the form of Official Bankruptcy Form 425A.

7. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2) shall do so no later than 10 days following the filing of the plan.

8. Within 14 days following substantial consummation of any confirmed plan, the Debtor shall file, and shall serve on the case or standing trustee, the United States Trustee, and all parties in interest a notice of substantial consummation. 11 U.S.C. § 1183(c)(2).

9. Failure to comply with this order may result in an order to show cause why the Court should not impose sanctions, including conversion or dismissal of the case and monetary sanctions against the Debtor and/or Debtor's counsel.

ENTERED at Concord, New Hampshire.

Date: March 15, 2021

/s/ Bruce A. Harwood
Bruce A. Harwood
Chief Bankruptcy Judge