UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

ENTERTAINMENT CINEMAS LEBANON, LLC

Debtor

CHAPTER 11

Case No. 21-10143-BAH

**HAROLD BLANK'S 1116(1)(B) DECLARATION
REGARDING FINANCIAL DOCUMENTS
REQUIRED BY CODE SECTION 1116(1)(A)**

Pursuant to 28 U.S.C. § 1746, I, **Harold Blank** (the "Declarant"), do hereby declare under penalty of perjury that:

1. I am over 18 years of age and have signed this Declaration with the understanding that it will be submitted to the United States Bankruptcy Court for the District of New Hampshire.

2. I am employed by Entertainment Cinemas Lebanon, LLC as its consultant.

3. Based on my employment, I have personal knowledge of the matters set forth in my Declaration.

4. All of the statements made herein are true and correct to the best of my knowledge and belief.

5. In the ordinary course of the Debtor's business, no balance sheet has been prepared.

6. In the ordinary course of the Debtor's business, no statement of operations has been prepared.

7. In the ordinary course of the Debtor's business, no cash-flow statements have

been prepared.

8. Attached as Exhibit A is the Debtor's most recent Federal tax return (2019).

9. Further, the Declarant sayeth not.

Respectfully submitted,

DATED: March 19, 2021

_____
Harold Blank, Declarant

| Form **8879-PE** | IRS e-file Signature Authorization for Form 1065 | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ ERO must obtain and retain completed Form 8879-PE.<br>▶ Go to www.irs.gov/Form8879PE for the latest information.<br>For calendar year 2019, or tax year beginning          , 2019, ending          ,20    . | **2019** |

| Name of partnership | Employer identification number |
|---|---|
| Entertainment Cinemas Lebanon, LLC | 03-0404026 |

**Part I  Tax Return Information** (Whole dollars only)

| | | |
|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1,115,048. |
| 2 | Gross profit (Form 1065, line 3) | 580,243. |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | -174,143. |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | |

**Part II  Declaration and Signature Authorization of Partner or Member**
(Be sure to get a copy of the partnership's return)

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2019 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner or Member's PIN: check one box only**

[X] I authorize **Armand & Company, PC** to enter my PIN **89531**
ERO firm name                                          Don't enter all zeros
as my signature on the partnership's 2019 electronically filed return of partnership income.

[ ] As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2019 electronically filed return of partnership income.

Partner or member's signature ▶ _____
Title ▶ MEMBER                                            Date ▶ _____

**Part III  Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   **04366615753**
                                                                                                Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____                       Date ▶ 03/16/20

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                 Form **8879-PE** (2019)
LHA

921031 01-13-20

19130316 810314 EC-LEB-         2019.03011 Entertainment Cinemas Leban EC-LEB-1

| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2019, or tax year beginning _____, _____, ending _____, _____.<br>▶ Go to www.irs.gov/Form1065 for instructions and the latest information. | **2019** |

| **A** Principal business activity<br>Movie Viewing | Name of partnership<br>Entertainment Cinemas Lebanon, LLC | **D** Employer identification number<br>03-0404026 |
|---|---|---|
| **B** Principal product or service<br>Entertainment | Type or Print — Number, street, and room or suite no. If a P.O. box, see instructions.<br>7 Central Street | **E** Date business started<br>03/05/2002 |
| **C** Business code number<br>713900 | City or town, state or province, country, and ZIP or foreign postal code<br>South Easton                           MA  02375 | **F** Total assets<br>$ 194,694. |

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year  ▶  2
**J** Check if Schedules C and M-3 are attached  ▶ ☐
**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income
| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a  1,115,048. | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 1,115,048. |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 534,805. |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 580,243. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 580,243. |

### Deductions (see instructions for limitations)
| | | | |
|---|---|---|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 135,908. |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | 48,037. |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | 265,183. |
| 14 | Taxes and licenses           See Statement 1 | 14 | 11,466. |
| 15 | Interest (see instructions) | 15 | 18,306. |
| 16a | Depreciation (if required, attach Form 4562) | 16a  40,340. | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c  40,340. |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | 7,174. |
| 20 | Other deductions (attach statement)     See Statement 2 | 20 | 227,972. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 754,386. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -174,143. |

### Tax and Payments
| | | | |
|---|---|---|---:|
| 23 | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method-income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | **Total balance due.** Add lines 23 through 26 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of partner or limited liability company member    ▶ Date
May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name<br>Thomas Armand, CPA | Preparer's signature<br>Thomas Armand, CPA | Date<br>03/16/20 | Check ☐ if self-employed | PTIN<br>P00540712 |
|---|---|---|---|---|---|
| | Firm's name ▶ Armand & Company, PC | | | Firm's EIN ▶ 81-0673910 | |
| | Firm's address ▶ 365 Westgate Drive<br>Brockton, MA 02301 | | | Phone no. (508)436-6800 | |

LHA  For Paperwork Reduction Act Notice, see separate instructions.    911001 12-30-19    Form **1065** (2019)

Form 1065 (2019) Entertainment Cinemas Lebanon, LLC  03-0404026  Page **2**

| Schedule B | Other Information | | |
|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | |
| **a** | ☐ Domestic general partnership | **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company | **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership | **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X | |
| **3** | At the end of the tax year, did the partnership: | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | | X |
| | See instructions for details regarding a section 754 election. | | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | | X |

911011 12-30-19  Form **1065** (2019)

2

19130316 810314 EC-LEB-         2019.03011 Entertainment Cinemas Leban EC-LEB-1

| **Schedule B** | Other Information *(continued)* | | |
|---|---|---|---|
| | | **Yes** | **No** |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |
| 16 a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** *(see instructions)*
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ Entertainment Management Corp

U.S. address of PR ▶ 7 Central Street
South Easton, MA  02375

U.S. phone number of PR ▶ (508)230-2227

If the PR is an entity, name of the designated individual for the PR ▶ William J. Hanney

U.S. address of designated individual ▶ 7 Central Street
South Easton, MA 02375

U.S. phone number of designated individual ▶ (508)230-2227

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
|---|---|---|---|
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |

Form **1065** (2019)

911021 12-30-19

3
19130316 810314 EC-LEB-         2019.03011 Entertainment Cinemas Leban EC-LEB-1

Form 1065 (2019)    Entertainment Cinemas Lebanon, LLC    03-0404026    Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---:|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 22) | 1 | -174,143. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss)    3a | | |
| | b Expenses from other rental activities (attach statement)    3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Guaranteed payments: a Services 4a    b Capital 4b | | |
| | c Total. Add lines 4a and 4b | 4c | |
| | 5 Interest income | 5 | |
| | 6 Dividends and dividend equivalents: a Ordinary dividends | 6a | |
| | b Qualified dividends 6b    c Dividend equivalents 6c | | |
| | 7 Royalties | 7 | |
| | 8 Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b Collectibles (28%) gain (loss) 9b | | |
| | c Unrecaptured section 1250 gain (attach statement) 9c | | |
| | 10 Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 Section 179 deduction (attach Form 4562) | 12 | |
| | 13a Contributions | 13a | |
| | b Investment interest expense | 13b | |
| | c Section 59(e)(2) expenditures: (1) Type ▶    (2) Amount ▶ | 13c(2) | |
| | d Other deductions (see instructions) Type ▶ | 13d | |
| **Self-Employment** | 14a Net earnings (loss) from self-employment | 14a | 0. |
| | b Gross farming or fishing income | 14b | |
| | c Gross nonfarm income | 14c | |
| **Credits** | 15a Low-income housing credit (section 42(j)(5)) | 15a | |
| | b Low-income housing credit (other) | 15b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e Other rental credits (see instructions) Type ▶ | 15e | |
| | f Other credits (see instructions) Type ▶ | 15f | |
| **Foreign Transactions** | 16a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 16b | |
| | c Gross income sourced at partner level | 16c | |
| | Foreign gross income sourced at partnership level | | |
| | d Reserved for future use ▶    e Foreign branch category ▶ | 16e | |
| | f Passive category ▶    g General category ▶    h Other ▶ | 16h | |
| | Deductions allocated and apportioned at partner level | | |
| | i Interest expense ▶    j Other ▶ | 16j | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | k Reserved for future use ▶    l Foreign branch category ▶ | 16l | |
| | m Passive category ▶    n General category ▶    o Other ▶ | 16o | |
| | p Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16p | |
| | q Reduction in taxes available for credit (attach statement) | 16q | |
| | r Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17a Post-1986 depreciation adjustment | 17a | -13,315. |
| | b Adjusted gain or loss | 17b | |
| | c Depletion (other than oil and gas) | 17c | |
| | d Oil, gas, and geothermal properties - gross income | 17d | |
| | e Oil, gas, and geothermal properties - deductions | 17e | |
| | f Other AMT items (attach statement) | 17f | |
| **Other Information** | 18a Tax-exempt interest income | 18a | |
| | b Other tax-exempt income | 18b | |
| | c Nondeductible expenses    See Statement 3 | 18c | 457. |
| | 19a Distributions of cash and marketable securities | 19a | |
| | b Distributions of other property | 19b | |
| | 20a Investment income | 20a | |
| | b Investment expenses | 20b | |
| | c Other items and amounts (attach statement)    Stmt 4 | | |

911041 12-30-19    4    Form **1065** (2019)

19130316 810314 EC-LEB-    2019.03011 Entertainment Cinemas Leban EC-LEB-1

Form 1065 (2019) Entertainment Cinemas Lebanon, LLC 03-0404026 Page **5**

### Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | | **1** | -174,143. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | -174,143. | | | |

### Schedule L — Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 Cash | | | 51,539. | | 81,080. |
| 2a Trade notes and accounts receivable | | | | | |
| b Less allowance for bad debts | | | | | |
| 3 Inventories | | | 15,774. | | 15,774. |
| 4 U.S. government obligations | | | | | |
| 5 Tax-exempt securities | | | | | |
| 6 Other current assets (attach statement) | | Statement 5 | 93,284. | | 49,218. |
| 7a Loans to partners (or persons related to partners) | | | | | |
| b Mortgage and real estate loans | | | | | |
| 8 Other investments (attach statement) | | | | | |
| 9a Buildings and other depreciable assets | | 1,715,321. | | 1,715,321. | |
| b Less accumulated depreciation | | 1,628,469. | 86,852. | 1,668,809. | 46,512. |
| 10a Depletable assets | | | | | |
| b Less accumulated depletion | | | | | |
| 11 Land (net of any amortization) | | | | | |
| 12a Intangible assets (amortizable only) | | 7,024. | | 7,024. | |
| b Less accumulated amortization | | 4,212. | 2,812. | 4,914. | 2,110. |
| 13 Other assets (attach statement) | | | | | |
| 14 Total assets | | | 250,261. | | 194,694. |
| **Liabilities and Capital** | | | | | |
| 15 Accounts payable | | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | 33,000. | | 33,000. |
| 17 Other current liabilities (attach statement) | | Statement 6 | 302,704. | | 452,557. |
| 18 All nonrecourse loans | | | | | |
| 19a Loans from partners (or persons related to partners) | | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | 116,162. | | 85,342. |
| 20 Other liabilities (attach statement) | | | | | |
| 21 Partners' capital accounts | | | -201,605. | | -376,205. |
| 22 Total liabilities and capital | | | 250,261. | | 194,694. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | -174,600. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a Tax-exempt interest $ | | |
| 3 Guaranteed payments (other than health insurance) | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a Depreciation $ | | |
| a Depreciation $ | | 8 Add lines 6 and 7 | | |
| b Travel and entertainment $ 457. | 457. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | -174,143. |
| 5 Add lines 1 through 4 | -174,143. | | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -201,605. | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | -174,600. | | |
| 4 Other increases (itemize): | | 8 Add lines 6 and 7 | |
| 5 Add lines 1 through 4 | -376,205. | 9 Balance at end of year. Subtract line 8 from line 5 | -376,205. |

911042 12-30-19  5  Form **1065** (2019)

19130316 810314 EC-LEB- 2019.03011 Entertainment Cinemas Leban EC-LEB-1

# Form 1125-A — Cost of Goods Sold

(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

**Name:** Entertainment Cinemas Lebanon, LLC
**Employer Identification number:** 03-0404026

| Line | Description | Amount |
|---|---|---:|
| 1 | Inventory at beginning of year | 15,774. |
| 2 | Purchases | 519,461. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) See Statement 7 | 15,344. |
| 6 | **Total.** Add lines 1 through 5 | 550,579. |
| 7 | Inventory at end of year | 15,774. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 534,805. |

9 a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☒ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation) ▶

b Check if there was a writedown of subnormal goods ▶ ☐
c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |
e If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ☐ Yes ☒ No
f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No
  If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.  Form **1125-A** (Rev. 11-2018)

924441
04-01-19   LHA

6

19130316 810314 EC-LEB-           2019.03011 Entertainment Cinemas Leban  EC-LEB-1

**SCHEDULE B-1**
**(Form 1065)**
(Rev. August 2019)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership
▶ Attach to Form 1065.
▶ Go to www.irs.gov/Form1065 for the latest information.

OMB No. 1545-0123

**Name of partnership:** Entertainment Cinemas Lebanon, LLC

**Employer identification number:** 03-0404026

## Part I — Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Part II — Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| William J Hanney | REDACTED-4709 | United States | 100.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

LHA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   Schedule B-1 (Form 1065) (Rev. 8-2019)

924551 11-13-19

**2019 DEPRECIATION AND AMORTIZATION REPORT**

OTHER    1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis * | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Equip & Fixtures | 04/16/02 | 200DB | 7.00 | HY | 17 | 1,041,941. | | | | 1,041,941. | 1,038,967. | | 0. | 1,038,967. |
| 2 | Equip & Fixtures | 06/15/03 | 200DB | 7.00 | HY | 17 | 21,629. | | | | 21,629. | 21,628. | | 0. | 21,628. |
| 3 | Equip & Fix | 07/01/04 | 200DB | 7.00 | HY | 17 | 28,769. | | | | 28,769. | 28,769. | | 0. | 28,769. |
| 4 | Equip | 07/01/05 | 200DB | 7.00 | HY | 17 | 10,390. | | | | 10,390. | 10,390. | | 0. | 10,390. |
| 5 | Equipment | 07/01/06 | 200DB | 7.00 | HY | 17 | 16,373. | | | | 16,373. | 16,373. | | 0. | 16,373. |
| 6 | Computers | 04/20/06 | 200DB | 5.00 | HY | 17 | 5,123. | | | | 5,123. | 5,123. | | 0. | 5,123. |
| 7 | Equipment | 04/05/07 | 200DB | 7.00 | HY | 17 | 14,750. | | | | 14,750. | 14,750. | | 0. | 14,750. |
| 8 | Equip & Fixtures | 07/24/08 | 200DB | 7.00 | HY | 17 | 2,984. | | | | 2,984. | 2,984. | | 0. | 2,984. |
| 9 | Digital Announcer | 01/29/09 | 200DB | 5.00 | HY | 17 | 795. | | 795. | | | | | 0. | |
| 10 | New Heaters | 12/18/09 | 200DB | 7.00 | HY | 17 | 8,793. | | 8,793. | | | | | 0. | |
| 11 | Heat Exchanges And Screens | 08/01/10 | 200DB | 7.00 | HY | 17 | 8,272. | | | | 8,272. | 8,272. | | 0. | 8,272. |
| 12 | 3D Projector | 07/28/10 | 200DB | 7.00 | HY | 17 | 87,810. | | | | 87,810. | 87,810. | | 0. | 87,810. |
| 13 | (5) Digital Projectors incl installation | 01/02/13 | 200DB | 7.00 | HY | 17 | 319,661. | | | | 319,661. | 276,860. | | 28,546. | 305,406. |
| 15 | Ice Machine | 01/16/14 | 200DB | 7.00 | HY | 17 | 1,050. | | | | 1,050. | 816. | | 94. | 910. |
| 16 | Retriever Software Printers | 04/17/14 | 200DB | 5.00 | HY | 17 | 747. | | | | 747. | 703. | | 43. | 746. |
| 17 | Concession Stand | 08/10/15 | 200DB | 7.00 | MQ | 17 | 26,530. | | | | 26,530. | 17,897. | | 2,467. | 20,364. |
| 18 | Security cameras | 09/03/15 | 200DB | 7.00 | MQ | 17 | 4,988. | | | | 4,988. | 3,364. | | 464. | 3,828. |
| 19 | Steel doors | 08/27/15 | 200DB | 7.00 | MQ | 17 | 6,000. | | | | 6,000. | 4,048. | | 558. | 4,606. |

(D) - Asset disposed     * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

928111 04-01-19                                                                                                       7.1

## 2019 DEPRECIATION AND AMORTIZATION REPORT

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Concession Stand | 12/03/15 | 200DB | 7.00 | MQ | 17 | 30,985. | | | | 30,985. | 20,096. | | 3,111. | 23,207. |
| 21 | Chairs/Carpeting renovations | 11/01/15 | 200DB | 7.00 | MQ | 17 | 40,725. | | | | 40,725. | 26,415. | | 4,089. | 30,504. |
| 22 | Chairs/Carpeting renovations | 01/19/16 | 200DB | 7.00 | HY | 17 | 15,500. | | | 7,750. | 7,750. | 4,360. | | 968. | 5,328. |
| 23 | HVAC | 10/12/17 | 200DB | 7.00 | HY | 17 | 15,750. | | 15,750. | | | | | 0. | |
| 25 | Hearing Impaired Equipment | 06/14/18 | 200DB | 7.00 | HY | 17 | 5,756. | | 5,756. | | | | | 0. | |
| | * Other Total - | | | | | | 1,715,321. | | 31,094. | 7,750. | 1,676,477. | 1,589,625. | | 40,340. | 1,629,965. |
| 14 | Loan acquisition costs WF & FTUB | 01/02/13 | 461 | 120M | | 43 | 7,024. | | | | 7,024. | 4,212. | | 702. | 4,914. |
| | * Other Total - | | | | | | 7,024. | | | | 7,024. | 4,212. | | 702. | 4,914. |
| | * Grand Total Other Depr & Amort | | | | | | 1,722,345. | | 31,094. | 7,750. | 1,683,501. | 1,593,837. | | 41,042. | 1,634,879. |

(D) - Asset disposed                                   * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

928111 04-01-19

7.2

Entertainment Cinemas Lebanon, LLC                                        03-0404026

| Form 1065 | Tax Expense | Statement | 1 |

| Description | Amount |
|---|---|
| New Hampshire Taxes - Based on Income | 925. |
| Payroll taxes | 10,541. |
| Total to Form 1065, Line 14 | 11,466. |

| Form 1065 | Other Deductions | Statement | 2 |

| Description | Amount |
|---|---|
| Advertising | 8,991. |
| Amortization expense | 702. |
| Bank service charges | 3,621. |
| Business insurance | 15,765. |
| Cleaning and rubbish | 37,950. |
| Credit card fees | 18,109. |
| Dues | 1,202. |
| Equipment leasing and rental | 2,400. |
| Legal and accounting | 37,753. |
| Management fee | 35,525. |
| Meals | 457. |
| Miscellaneous | 100. |
| Office expense | 11,455. |
| Security and protection | 1,400. |
| Telephone expense | 5,214. |
| Travel expense | 846. |
| Utilities | 46,482. |
| Total to Form 1065, Line 20 | 227,972. |

| Schedule K | Nondeductible Expense | Statement | 3 |

| Description | Amount |
|---|---|
| Excluded meals and entertainment expenses | 457. |
| Total to Schedule K, Line 18c | 457. |

                                          8                 Statement(s) 1, 2, 3
19130316 810314 EC-LEB-     2019.03011 Entertainment Cinemas Leban EC-LEB-1

Entertainment Cinemas Lebanon, LLC                                    03-0404026

```
Schedule K                    Other Items                     Statement    4
```

| Description | Amount |
|---|---:|
| Section 199A - Ordinary income (loss) | -174,143. |
| Section 199A W-2 Wages | 135,908. |
| Section 199A Unadjusted basis of assets | 563,774. |

```
Schedule L                Other Current Assets                Statement    5
```

| Description | Beginning of Tax Year | End of Tax Year |
|---|---:|---:|
| Credit card receivables | 7,280. | 0. |
| Due from Affiliates | 86,004. | 48,963. |
| State prepaid taxes |  | 255. |
| Total to Schedule L, Line 6 | 93,284. | 49,218. |

```
Schedule L             Other Current Liabilities              Statement    6
```

| Description | Beginning of Tax Year | End of Tax Year |
|---|---:|---:|
| Accrued Film Expense | 19,503. | 42,272. |
| Accrued Gift Certificates | 11,978. | 12,705. |
| Accrued Payroll Taxes | 318. | 411. |
| Accrued Rent | 0. | 133,383. |
| Accrued Sales and Meals Tax | 1,324. | 1,554. |
| Due to Affiliates | 268,882. | 262,232. |
| State accrued tax | 699. |  |
| Total to Schedule L, Line 17 | 302,704. | 452,557. |

```
Form 1125-A                   Other Costs                     Statement    7
```

| Description | Amount |
|---|---:|
| Booking fees | 9,360. |
| Delivery Expense - Film | 919. |
| Supplies | 5,065. |
| Total to Line 5 | 15,344. |

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 13 | (5) Digital Projectors incl installation | 010213 | 150DB | 7.00 | 319,661. | 260,929. | 28,546. | 39,155. | -10,609. |
| 15 | Ice Machine | 011614 | 150DB | 7.00 | 1,050. | 729. | 94. | 128. | -34. |
| 16 | Retriever Software Printers | 041714 | 150DB | 5.00 | 747. | 685. | 43. | 62. | -19. |
| 17 | Concession Stand | 081015 | 150DB | 7.00 | 26,530. | 14,725. | 2,467. | 3,257. | -790. |
| 18 | Security cameras | 090315 | 150DB | 7.00 | 4,988. | 2,768. | 464. | 612. | -148. |
| 19 | Steel doors | 082715 | 150DB | 7.00 | 6,000. | 3,330. | 558. | 737. | -179. |
| 20 | Concession Stand | 120315 | 150DB | 7.00 | 30,985. | 16,358. | 3,111. | 3,775. | -664. |
| 21 | Chairs/Carpeting renovations | 110115 | 150DB | 7.00 | 40,725. | 21,500. | 4,089. | 4,961. | -872. |
| 22 | Chairs/Carpeting renovations | 011916 | 200DB | 7.00 | 15,500. | 4,360. | 968. | 968. | 0. |
| | Totals | | | | 446,186. | 325,384. | 40,340. | 53,655. | -13,315. |
| | MACRS AMT Adjustment | | | | | | | -13,315. | |

9.1

928104
04-01-19

651119

| Schedule K-1 | **2019** | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service
For calendar year 2019, or tax year
beginning _____   ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -174,143. | 15 | Credits |
| 2 | Net rental real estate income (loss) | 16 | Foreign transactions |
| 3 | Other net rental income (loss) | | |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | 17 | Alternative min tax (AMT) items  A  -13,315. |
| 5 | Interest income | | |
| 6a | Ordinary dividends | 18 | Tax-exempt income and nondeductible expenses  C*  457. |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | 19 | Distributions |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 20 | Other information  Z*  STMT |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| 14 | Self-employment earnings (loss)  A  0. | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
03-0404026

**B** Partnership's name, address, city, state, and ZIP code
Entertainment Cinemas Lebanon, LLC
7 Central Street
South Easton, MA  02375

**C** IRS Center where partnership filed return ▶ E-File

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
REDACTED-4709

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
William J Hanney
7 Central Street
South Easton, MA  02375

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?  Individual
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:
|  | Beginning | Ending |
|---|---|---|
| Profit | 99.0000000% | 99.0000000% |
| Loss | 100.0000000% | 100.0000000% |
| Capital | 99.0000000% | 99.0000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:
|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 33,484. | $ 188,422. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 418,044. | $ 380,574. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis  See Statement

| | |
|---|---|
| Beginning capital account | $ -208,817. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -174,143. |
| Other increase (decrease) (attach explanation) | $ -457. |
| Withdrawals & distributions | $ ( ) |
| **Ending capital account** | $ -383,417. |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning  $ _____
Ending     $ _____

For IRS Use Only

911261 12-30-19  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.  www.irs.gov/Form1065  Schedule K-1 (Form 1065) 2019

1

```
Entertainment Cinemas Lebanon, LLC                                    03-0404026
```

| Schedule K-1 | Nondeductible Expenses, Box 18, Code C | |
|---|---|---|
| Description | Partner Filing Instructions | Amount |
| Excluded meals and entertainment expenses | Nondeductible portion | 457. |
| Total to Schedule K-1, Box 18, Code C | | 457. |

| Schedule K-1 | Section 199A Information, Box 20, Code Z |
|---|---|
| Description | Amount |

Trade or Business -

| | |
|---|---:|
| Ordinary income (loss) | -174,143. |
| W-2 wages | 135,908. |
| Unadjusted basis of assets | 563,774. |

Partner Number 1

Entertainment Cinemas Lebanon, LLC                                    03-0404026

===

| Schedule K-1 | Section 199A Additional Information |

The Section 199A amounts to be used in the calculation of Qualified Business Income Deduction on your 1040/1041 return are reported on Line 20, under code Z. Please consult your tax advisor regarding the calculation of the Qualified Business Income Deduction, including the possible aggregations and limitations that may apply and the filing of the 1.199A-4(c)(2)(i) Annual Disclosure Statement.

===

| Schedule K-1 | Item L. Partner's Capital Account Analysis |

Tax Basis

Partner Number 1

651119

| Schedule K-1 (Form 1065) | 2019 | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 0. | 15 Credits | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4a Guaranteed payments for services | | | |
| 4b Guaranteed payments for capital | | | |
| 4c Total guaranteed payments | | 17 Alternative min tax (AMT) items | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | 18 Tax-exempt income and nondeductible expenses | |
| 6b Qualified dividends | | | |
| 6c Dividend equivalents | | | |
| 7 Royalties | | 19 Distributions | |
| 8 Net short-term capital gain (loss) | | 20 Other information | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss) | | | |

### Part I  Information About the Partnership

**A** Partnership's employer identification number
03-0404026

**B** Partnership's name, address, city, state, and ZIP code

Entertainment Cinemas Lebanon, LLC
7 Central Street
South Easton, MA  02375

**C** IRS Center where partnership filed return ▶ E-File

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See inst.)
04-2967431

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

Entertainment Management Corp
7 Central Street
South Easton, MA  02375

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  Corporation

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0000000% | 1.0000000% |
| Loss | 0.0000000% | 0.0000000% |
| Capital | 1.0000000% | 1.0000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 338. | $ 1,903. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 0. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

See Statement

| | |
|---|---|
| Beginning capital account | $ 7,212. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( ) |
| **Ending capital account** | $ 7,212. |

**21** ☐ More than one activity for at-risk purposes*
**22** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____ $ _____
Ending _____ $ _____

For IRS Use Only

911261 12-30-19  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2019

2

Entertainment Cinemas Lebanon, LLC                                          03-0404026

========================================================================================
Schedule K-1          Item L. Partner's Capital Account Analysis
----------------------------------------------------------------------------------------
Tax Basis

                                                                      Partner Number 2