UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:     CHAPTER 11

**ENTERTAINMENT CINEMAS LEBANON, LLC**     Case No. 21-10143-BAH

    Debtor

NOTICE OF BANKRUPTCY CASE
PURSUANT TO BANKRUPTCY RULE 2015(a)(4)

Pursuant to Bankruptcy Rule 2015(a)(4), the Debtor and Debtor in Possession, **Entertainment Cinemas Lebanon, LLC** (the "Debtor"), hereby gives notice to the following persons or entities whom or which are known to be holding money or property subject to withdrawal or order of the Debtor that, on March 12, 2021, the Debtor commenced this bankruptcy case (the "Bankruptcy Case"):

**1.** Each Bank holding money or property subject to withdrawal or order of the Debtor:

Citizens Bank

**2.** Each Savings Association holding money or property subject to withdrawal or order of the Debtor:

None

**3.** Each Building and Loan Association holding money or property subject to withdrawal or order of the Debtor:

None

**4.** Each Public Utility Company with whom the Debtor has a deposit:

None

**5.** Each Landlord with whom the Debtor has a deposit:

       None

**6.**    Each Insurance Company which has issued a policy having a cash surrender value payable to the Debtor:

       None

Attached is a copy of the Notice of Chapter 11 Bankruptcy Case issued by the Clerk of the Bankruptcy Court.

       Respectfully submitted,

DATED: March 26, 2021       /s/ William S. Gannon
       William S. Gannon, BNH 01222 (NH)

       Proposed Counsel for

       **ENTERTAINMENT CINEMAS LEBANON, LLC**

       WILLIAM S. GANNON PLLC
       740 Chestnut Street
       Manchester NH  03104
       PH: 603-621-0833
       FX: 603-621-0830
       bgannon@gannonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing notice on each person named below by causing it to be filed electronically via the CM/ECF filing system or mailed by first-class United States Mail, postage pre-paid, or in such other manner as may be indicated:

All persons/entities named on the CM/ECF Electronic Service List – electronically via CM/ECF

~ and ~

    Citizens Bank
    ROP-450
    P.O. Box  7000
    Providence, RI 02940

DATED: March 26, 2021       /s/ Beth E. Venuti
       Beth E. Venuti, Paralegal

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Entertainment Cinemas Lebanon, LLC<br>Name | EIN: | 03–0404026 |
| United States Bankruptcy Court | District of New Hampshire Live Database | Date case filed for chapter: | 11   March 12, 2021 |
| Case number: | 21–10143–BAH | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Entertainment Cinemas Lebanon, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7 Central Street<br>South Easton, MA 02375 | |
| 4. | **Debtor's attorney**<br>Name and address | William S. Gannon<br>William S. Gannon PLLC<br>740 Chestnut Street<br>Manchester, NH 03104 | Contact phone 603–621–0833<br><br>Email: bgannon@gannonlawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | James S. LaMontagne<br>Subchapter V Trustee<br>Sheehan Phinney Bass & Green PA<br>1000 Elm Street<br>Manchester, NH 03101 | Contact phone 603–627–8102<br><br>Email: jlamontagne@sheehan.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 55 Pleasant Street<br>Room 200<br>Concord, NH 03301–3941 | Hours open:<br>8:30am–4:30pm<br><br>Contact phone 603–222–2600<br><br>Date: March 15, 2021 |

**For more information, see page 2 >**

Debtor **Entertainment Cinemas Lebanon, LLC**  Case number **21−10143−BAH**

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **April 20, 2021 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **For meeting call−in number and passcode see the entry on the case docket or contact the trustee listed on the reverse of this notice.** | Location: <br><br> **The meeting will be held TELEPHONICALLY** |
| **8.** | **Proof of claim deadline** | **Deadline for filing proof of claim:** <br> **For all creditors (except a governmental unit):** <br> **For a governmental unit:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.nhb.uscourts.gov or www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | May 21, 2021 <br><br> September 8, 2021 |
| **9.** | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** | June 21, 2021 |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |