### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW HAMPSHIRE

In re:                                                                    CHAPTER 11

**ENTERTAINMENT CINEMAS LEBANON, LLC**        Case No. 21-10143-BAH

      Debtor

### NOTICE OF HEARING ON
### EX PARTE MOTION FOR ENTRY OF AN EX PARTE INTERIM ORDER DEEMING UTILITY COMPANIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE AND ESTABLISHING PROCEDURE FOR DETERMINING ADEQUATE ASSURANCES PURSUANT TO 11 U.S.C. § 366 APPROVING DETERMINATION PROCEDURES AND ENTRY OF FINAL ORDERS FOLLOWING ANY OBJECTION AND HEARING IF NECESSARY

Please be advised that a hearing will be held by the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, on **April 9, 2021 at 10:00 a.m.** **(the "Hearing")**.

Taken up at the Hearing will be the Ex Parte Motion for Entry of An Ex Parte Interim Order Deeming Utility Companies Adequately Assured of Future Performance and Establishing Procedure for Determining Adequate Assurances Pursuant To 11 U.S.C. § 366 Approving Determination Procedures and Entry of Final Orders Following Any Objection and Hearing If Necessary filed by Entertainment Cinemas Lebanon, LLC [Doc. 29] (the "Motion").  A copy of the Motion is available upon request to the undersigned attorney.

In accordance with the Thirteenth General Order Regarding Court Operations Under the Exigent Circumstances Created by COVID-19 issued by the United States Bankruptcy Court, District of New Hampshire on March 16, 2021, appearance at the Hearing must be accomplished through telephonic means

Attorneys must utilize Court Call.

Self-represented parties and any member of the public, who wish to observe or participate in a hearing, must contact the Courtroom Deputy at 603-222-2644 to receive instructions on how to do so.

If you have no objection to the Motion, no action is required by you.  If you do object to the Motion, or if you wish to be heard on any matter regarding the Motion, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before **April 8, 2021 at 12:00 noon**.

A copy of your objection or statement must be mailed or delivered to the undersigned debtor or debtor's attorney at the address set forth below, and the United States Trustee, and a certificate of such action must be filed with the clerk.

If you do object to the Motion, or if you wish to be heard on any matter regarding the Motion, you must appear at the hearing **through telephonic means** on the date and time set forth above.

Respectfully submitted,

DATED:  April 2, 2021                              /s/ William S. Gannon
                                                    William S. Gannon, BNH 01222 (NH)

                                                    Proposed Counsel for

                                                    **ENTERTAINMENT CINEMAS
                                                    LEBANON, LLC**

                                                    WILLIAM S. GANNON PLLC
                                                    740 Chestnut Street
                                                    Manchester NH  03104
                                                    PH: 603-621-0833
                                                    FX: 603-621-0830
                                                    bgannon@gannonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served the foregoing notice on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF filing system.

DATED:  April 2, 2021                              /s/ Beth E. Venuti
                                                    Beth E. Venuti, Paralegal