## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | CHAPTER 11 |
| **ENTERTAINMENT CINEMAS LEBANON, LLC** | Case No. 21-10143-BAH |
| Debtor | |

### NOTICE OF HEARING ON CONFIRMATION
### (RESPONSE REQUIRED)

The **Debtor's Plan of Reorganization for Small Business Under Chapter 11 Dated June 10, 2021** (the "Plan") is scheduled for a hearing on confirmation before the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire on **August 4, 2021 at 2:00 p.m.** (the "Hearing").

An order confirming the Plan will be binding on all parties.

**YOUR RIGHTS MAY BE AFFECTED.  You should read the attached plan carefully and discuss it with your attorney.   If you do not have an attorney, you may wish to consult one.**

In accordance with the Thirteenth General Order Regarding Court Operations Under the Exigent Circumstances Created by COVID-19 issued by the United States Bankruptcy Court, District of New Hampshire on December 14, 2020, appearance at the Hearing must be accomplished through telephonic means

> Attorneys must utilize Court Call.
>
> Self-represented parties and any member of the public, who wish to observe or participate in a hearing, must contact the Courtroom Deputy at 603-222-2644 to receive instructions on how to do so.

If you have no objection to the Plan, no action is required by you.  If you do object to the Plan, or if you wish to be heard on any matter regarding the Plan, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before **July 28, 2021**.

A copy of your objection or statement must be mailed or delivered to the undersigned debtor or debtor's attorney at the address set forth below, and the United States Trustee, and a certificate of such action must be filed with the clerk.

If you do object to the Plan, or if you wish to be heard on any matter regarding the Plan, you must appear at the hearing **through telephonic means** on the date and time set forth above.

Respectfully submitted,

**ENTERTAINMENT CINEMAS LEBANON, LLC**
Plan Proponent

DATED:  June 10, 2021   /s/ William S. Gannon
William S. Gannon, BNH 01222 (NH)

Counsel for the Debtor and Plan Proponent,
**ENTERTAINMENT CINEMAS LEBANON, LLC**

WILLIAM S. GANNON PLLC
740 Chestnut St.
Manchester NH  03104
PH: 603-621-0833
FX: 603-621-0830
bgannon@gannonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing **Notice of Hearing** on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF filing system.

DATED:  June 10, 2021   /s/ Beth E. Venuti
Beth E. Venuti, Paralegal