**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:  CHAPTER 11

**ENTERTAINMENT CINEMAS LEBANON, LLC**  Case No. 21-10143-BAH

    Debtor

**ORDER ON**
**JOINT EX PARTE MOTION TO EXTEND DEADLINES AND**
**CONTINUE HEARING ON CONFIRMATION AND MOTION FOR RELIEF**

Upon consideration of the Joint Ex Parte Motion To Extend Deadlines and Continue Hearing on Confirmation and Motion for Relief, it is therefore

ORDERED as follows:

1. The September 8, 2021 at 2:00 p.m. hearings on Debtor's Plan of Reorganization for Small Business Under Chapter 11 Dated June 10, 2021 (Doc. 90) and the Motion for Relief from Stay to Resume and Conclude Superior Court Action Addressing the Key Issue Raised by Debtor (Doc. 85) are continued to November 3, 2021 at 2:00 p.m.;

2. The deadline to object to the Motion for Relief from Stay to Resume and Conclude Superior Court action Addressing the Key Issue Raised by Debtor (Doc. No. 85) is extended to October 8, 2021; and

3. The deadline to object to the Debtor's Plan of Reorganization for Small Business Under Chapter 11 Dated June 10, 2021 (Doc. 90) is extended to October 22, 2021.

Dated:  August 13, 2021                /s/ Bruce A. Harwood
                                                    Hon. Bruce A. Harwood,
                                                    Chief Bankruptcy Judge